# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | |
|---|---|
| REBECCA HUNT, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 99-4158-CV-C-5 |
| v. | ) |
| | ) |
| STATE OF MISSOURI, DEPARTMENT | ) |
| OF CORRECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO FILE HARD COPIES OF EXHIBITS
## IN CLERK'S OFFICE IN EXCESS OF 75 PAGES

      Being in excess of 75 pages, a hard copy of exhibits which are to accompany the Motion for Summary Judgment and Suggestions in Support are being delivered to the clerk's office.

                                      Respectfully submitted,
                                      JEREMIAH W. (JAY) NIXON
                                      Attorney General

                                      /s/
                                      VIRGINIA HURTUBISE MURRAY
                                      Missouri Bar No. 48770

                                      SARA TROWER
                                      Missouri Bar No. 48770

                                      Assistant Attorneys General
                                      P.O. Box 899
                                      Jefferson City, Missouri 65102
                                      Phone: (573) 751-3321
                                      Fax: (573) 751-9456

                                      ATTORNEYS FOR DEFENDANT
                                      STATE OF MISSOURI, DEPARTMENT
                                      OF CORRECTIONS

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, this 16th day of June, 2000, to: Martin Meyers and Stephen C. Thornberry of The Meyers Law Firm, 2850 City Center Square, 1100 Main Street, Kansas City, Missouri 64105-2112.

/s/
_____
Assistant Attorney General