# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| REBECCA HUNT and<br>SUSAN A. NURNBERG, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | 99-4158-CV-C-5 |
| STATE OF MISSOURI<br>DEPARTMENT OF CORRECTIONS,<br>and FAVORITE NURSES, INC., | )<br>)<br>)<br>) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL OF CLAIMS AGAINST FAVORITE NURSES, INC.

Pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, plaintiff and defendant Favorite Nurses, Inc., hereby stipulate that this cause of action be dismissed against defendant Favorite Nurses, Inc., only, with prejudice, each party to bear her or its own costs. Plaintiffs' claims against State of Missouri, Department of Corrections remain pending.

| | |
|---|---|
| THE MEYERS LAW FIRM | SPENCER FANE BRITT & BROWNE LLP |
| /s/Stephen C. Thornberry | /s/Daniel B. Boatright |
| Martin M. Meyers         #29524<br>Stephen C. Thornberry    #44354<br>2850 City Center Square<br>1100 Main Street<br>Kansas City, Missouri  64105-2112<br>(816) 421-4040<br>(816) 421-4020 (Fax) | Daniel B. Boatright         #38803<br>9401 Indian Creek Parkway, Suite 700<br>Overland Park, Kansas  66210<br>(913) 345-8100<br>(913) 345-0736 (Fax) |
| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANT<br>FAVORITE NURSES, INC. |

KS 61772.1

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a copy of the foregoing Stipulation of Dismissal of defendant Favorite Nurses, Inc. was served electronically, the  28th  day of July, 2000 to:

Sara L. Trower
Assistant Attorney General
6th Floor, Broadway Building
P.O. Box 899
Jefferson City, MO 65102
ATTORNEY FOR DEFENDANT
STATE OF MISSOURI


 /s/Stephen C. Thornberry
ATTORNEY FOR PLAINTIFFS