**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

| | | |
|---|---|---|
| REBECCA HUNT and | ) | |
| SUSAN NURNBERG, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 99-04158-CV-C-5 |
| | ) | |
| | ) | |
| STATE OF MISSOURI | ) | |
| DEPARTMENT OF CORRECTIONS, | ) | |
| and FAVORITE NURSES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER OF DISMISSAL WITH PREJUDICE OF
CLAIMS AGAINST FAVORITE NURSES, INC.**

UPON the stipulation and agreement of plaintiff and defendant Favorite Nurses, Inc.,

pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, it is hereby

ORDERED that this cause of action be dismissed against defendant Favorite Nurses, Inc.,

only, with each party to bear her or its owns costs. Plaintiffs' claims against State of Missouri,

Department of Corrections remain pending.

s/ NANETTE K. LAUGHREY
NANETTE K. LAUGHREY
U.S. District Judge

Date: August 1, 2000