UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

# MINUTES OF TRIAL OR HEARING

REBECCA HUNT, et al.,          Case number: 99-4158-cv-c-5

V.          Date: September 11, 2000

MO DEPARTMENT OF CORRECTIONS

1ST Day of proceedings

Honorable Nanette K. Laughrey presiding at Jefferson City, Missouri

Nature of Proceeding: Jury Trial

Time Commenced:     9:15         Time Terminated: 4:49

APPEARANCES FOR PLAINTIFF:    Martin Meyers and Stephen Thornberry

APPEARANCES FOR DEFENDANT: Sara Trower and Virginia Murray

Conference held in chambers 8:17 - 8:45. Pretrial matter discussed. Defendant's request that motion for jgmt on the pleads be ruled, denied - motion remains pending. Dft's request for stay of trial - denied. Dft's 3rd motion in limine re Schantzmeyer issue denied - except as it relates to certain relationship involvement. Court called into session at 9:15. Jury panel sworn. Voir dire is conducted 9:20 - 11:30. Individual jurors are questioned 11:30 - 12:20. Strikes made 12:35 - 12:40. Lunch recess 12:40 - 1:10. Jury is called and sworn. Preliminary instructions given. Witness exclusion rule is invoked. Opening statements are made: pla 1:25 - 1:42. Dfts: 1:42 - 1:55. Recess. Court called into session 2:05. Jurors are given addl instruction on note taking. Pla begins to present evid. Crt adjourns at 4:40 until 9:00 a.m. 9/12/00. Crt called back into session outside of jury presence. The crt hears argument regarding objection raised during direct examination of Edward Robinson. Recess 5:25-5:31. Crt will permit evidence of info known by dept including existence of CVSA. Pla to submit a limiting instruction by 9/12/00. Dft's 2nd motin in limine re post termination docs discussed and granted. Court in recess 5:50.

WITNESSES:
(P) Arthur Dearixon 2:14 - 3:06
(P) Sandra Webb 3:07 - 3:17
(P) David Williams 3:15 - 4:11
(P) Marvin Cundiff 4:13 - 4:20
(P) Edward Robinson 4:22 - 4:37         CRD: C. James/ Reporter: Katie Wirt

-