UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

# MINUTES OF TRIAL OR HEARING

REBECCA HUNT, et al.,                             Case number: 99-4158-CV-C-5

V.                                                Date: September 12, 2000

MO DEPARTMENT OF CORRECTIONS

2nd Day of proceedings

Honorable Nanette K. Laughrey presiding at Jefferson City, Missouri

Nature of Proceeding: Jury Trial

Time Commenced:    9:18           Time Terminated: 4:55

APPEARANCES FOR PLAINTIFF: Martin Meyers and Stephen Thornberry

APPEARANCES FOR DEFENDANT: Sara Trower and Virginia Murray

Conf w/out jury held re CVSA evidence 8:50 - 9:16. 9:18 Court called to session. Pla continues to present evidence. Recess 9:48 - 11:05. Pla's case continues. Lunch recess 11:56 - 1:10. Pla's case continues. Recess 2:05 - 2:15. Pla's case continues. Recess so that crt can take up matters regarding the disclosure of exhibits outside the hearing of the jury 3:00 - 3:26. Crt called back into session and pla's case continues. The crt reads instruction #8 to jury re CVSA 4:00. Crt is in recess at 4:55 until 9:00 a.m. on 9/13/00. Conf w/ attorneys regarding new evidence in exhibits 210 and 211  5:00 - 5:25. Attorneys to meet w/ crt at 8:30 for offer of proof.

WITNESSES:
(P) Edward Robinson 9:18 - 9:55
(P) Susan Nurnberg 9:55 - 3:42
(P) Ercell Grimes 3:44 - 4:55

CRD: C. James/Jackie Price   Court Reporter: Katie Wirt