| | |
|---|---|
| **From:** | <Michael_Gans@ca8.uscourts.gov> |
| **To:** | <JCAppeals@mow.uscourts.gov> |
| **Date:** | Tue, Sep 12, 2000 10:42 AM |
| **Subject:** | O-31 53:dgh309224091200P2-1:0 |

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Thomas F. Eagleton Court House

Michael E. Gans          Room 24.329          VOICE (314)244-2400
Clerk of Court           111 S. 10TH Street   ABBS (800)652-8671
                         St. Louis, Missouri 63102   www.ca8.uscourts.gov

September 12, 2000

Ms. Sara Louise Trower
ATTORNEY GENERAL'S OFFICE
P.O. Box 899
221 W. High Street
Jefferson City, MO 65102

   Re: 00-3153 Rebecca Hunt vs. State of MO

Dear Counsel:

   Enclosed is a copy of an order entered today in the above case at the direction of the court.

**(5009- 010199)**

                    Michael E. Gans
                    Clerk of Court

dgh

Enclosure(s)

cc: Virginia Hurtubise Murray
    Martin M. Meyers
    Stephen C. Thornberry
    Patricia L. Brune, Clerk

   District Court/Agency Case Number(s): 99-4158-CV-C-5

| From: | <Michael_Gans@ca8.uscourts.gov> |
|---|---|
| To: | <JCAppeals@mow.uscourts.gov> |
| Date: | Tue, Sep 12, 2000 10:42 AM |
| Subject: | O-31 53:dgh409224091200P2-3:0 |

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

RECEIVED
2000 SEP 12 AM 11: 07
CLERK, U.S. DIST. COURT
WEST. DIST. OF MO
JEFFERSON CITY, MO

No. 00-3153WMJC

Rebecca Hunt, et al.,           *
                                *
   Appellees,
                                *   Appeal from the United States
        vs.             *   District Court for the
                                *   Western District of Missouri
State of Missouri, etc.,        *
                                *
   Appellant.

   Appellant's motion for writ of prohibition, filed in the

above-referenced appeal, has been considered by the Court and is hereby

denied.

September 12, 2000

Order Entered at the Direction of the Court:

Clerk, U.S. Court of Appeals, Eighth Circuit