UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

# MINUTES OF TRIAL OR HEARING

| | |
|---|---|
| REBECCA HUNT, et al., | Case number: 99-4158-CV-C-5 |
| V. | Date: September 13, 2000 |
| MO DEPARTMENT OF CORRECTIONS | 3rd Day of proceedings |

Honorable Nanette K. Laughrey presiding at Jefferson City, Missouri

Nature of Proceeding: Jury Trial

Time Commenced: 9:05     Time Terminated: 4:10

APPEARANCES FOR PLAINTIFF: Martin Meyers and Stephen Thornberry

APPEARANCES FOR DEFENDANT: Sara Trower and Virginia Murray

Conf outside the hearing of jury, Offer of Proof made by dft 8:41-8:45. Court called to session 9:05. Pla continues to present evidence. Recess 10:35 - 10:52. Pla's case continues. Pla's exhibit 99, 102 and 105 are read into the record 11:50 - 12:00.  Lunch recess 12:00 - 1:08. Pla's case continues. Recess 2:30 - 2:42. Pla's case continues. Recess 3:45 - 4:55. Pla rests at 4:08. Crt in recess 4:10 until 9:00 a.m. 9/14/00. Conf 4:14 - 4:30, Dft moves for jgmt as a Matter of Law as to both plas on sexual harassment claims and retaliation claims - denied.

WITNESSES:
(P) Alma McKinney 9:06 - 11:45
(P) Rebecca Hunt 1:09 - 4:08

CRD: C. James/Jackie Price   Court Reporter: Katie Wirt