IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| REBECCA HUNT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 99-4158-CV-C-5 |
| ) | |
| STATE OF MISSOURI, DEPARTMENT ) | |
| OF CORRECTIONS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**SHOW CAUSE ORDER**

Sara Trower, is ordered to show cause in writing within 15 days why she should not be sanctioned for failing to follow the Court's order to not inquire about facts related to Rebecca Hunt's prior felony conviction.

No extensions will be granted. No response is required to be filed by Plaintiffs.


Dated: September 14, 2000               /s/ Nanette K. Laughrey
Kansas City, Missouri                   NANETTE K. LAUGHREY
                                        United States District Judge