IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| REBECCA HUNT, et al., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 99-4158-CV-C-5-ECF ) |
| STATE OF MISSOURI, DEPARTMENT OF CORRECTIONS, et al., | ) ) ) |
| Defendants. | ) ) |

## **ORDER**

Pending before the Court is Defendant's Motion for Leave to Exceed Page Limit. The Motion will be granted to the extent that Defendant's will be granted leave to exceed the page limit by 5 pages. Accordingly, it is hereby

ORDERED that Defendant's Motion (Doc. #103) is granted to the extent Defendant will be granted leave to file their Motion for New Trial, not to exceed 20 pages. It is further

ORDERED that Defendant's Motion for MOTION for new trial or, Motion for verdict as a matter of law (directed) on behalf of State of Missouri (Doc. #104) is stricken.

/s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
UNITED STATES DISTRICT JUDGE

Dated: October 4, 2000
Kansas City, Missouri